# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-95
Lower Tribunal Nos. 18-13348 SP, 20-41 AP

_____

**United Automobile Insurance Company, etc.,**
Appellant,

vs.

**Professional Medical Group, Inc., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Feiler & Leach, P.L., and Martin E. Leach, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Glob. Extreme, Inc. v. Advanced Aircraft Ctr., Inc., 122 So. 3d 487, 490 (Fla. 3d DCA 2013) (holding: "The standard of review for an award of attorney's fees, whether based on contract or statute, is abuse of discretion") (citing Universal Beverage Holdings, Inc. v. Merkin, 902 So. 2d 288, 290 (Fla. 3d DCA 2005)).  See also Frances v. State, 970 So. 2d 806, 813 (Fla. 2007) (observing: "Under the abuse of discretion standard, '[d]iscretion is abused only 'when the judicial action is arbitrary, fanciful, or unreasonable, which is another way of saying that discretion is abused only where no reasonable [person] would take the view adopted by the trial court.'") (quoting Trease v. State, 768 So. 2d 1050, 1053 n. 2 (Fla. 2000)) (quotations omitted).